# DISTRICT COURT OF APPEAL OF FLORIDA
## SECOND DISTRICT

—————————————————

DE SOTO FL HOLDINGS, LLC,

Appellant,

v.

HOPE DOWLING and THE MONEY SOURCE, INC.,

Appellees.

No. 2D2025-1396

—————————————————

February 11, 2026

Appeal from the Circuit Court for Pinellas County; Michael F. Andrews, Judge.

Matthew D. Wolf of Ivanov & Wolf, PLLC, Tampa, for Appellant.

Jason M. Ellison of Ellison | Lazenby, St. Petersburg, for Appellees.

PER CURIAM.

     Affirmed.

LUCAS, C.J., and NORTHCUTT and VILLANTI, JJ., Concur.

—————————————————

Opinion subject to revision prior to official publication.